| AO 10<br>Rev. 1/2019 |
|---|

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| **1. Person Reporting (last name, first, middle initial)** | **2. Court or Organization** | **3. Date of Report** |
|---|---|---|
| Horn, Marian B. | United States Court of Federal Claims | 05/13/2019 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time) | **5a. Report Type (check appropriate type)** | **6. Reporting Period** |
| Judge-Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |
| **7. Chambers or Office Address** | | |
| 717 Madison Place NW<br>Washington, DC 20439 | | |

***IMPORTANT NOTES:*** ***The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.***

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | George Washington University Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | GW Univ. Law School - Teaching | $21,020.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | DTE Engergy Co. - Pension |
| 2. 2018 | Husch Blackwell-salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 03/15/2018 | Annapolis, MD | Conference | $257.95 lodging and transportation |
| 2. | American Bar Association | 08/01/2018 | Chicago, IL | Conference | $849.64 lodging and transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa and Master Cards | Credit Card Loans | K |
| 2. | pnc | PNC Business Loan | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. -[redacted] Hushwell Black 401K | A | Interest | J | T | | | | | |
| 2. -Vanguard Inst. Tr. 2020 | A | Interest | J | T | | | | | |
| 3. Morgan Stanley Smith Barney IRA Account | | | | | | | | | |
| 4. Citybank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 5. - Abbott Labs | A | Dividend | K | T | | | | | |
| 6. -Abbvie Inc. | A | Dividend | | | Sold | 04/12/18 | K | E | |
| 7. -Alphabet A | | None | L | T | Buy | 04/02/18 | K | | |
| 8. | | | | T | Sold (part) | 04/12/18 | J | C | |
| 9. | | | | T | Sold (part) | 07/24/18 | J | D | |
| 10. | | | | T | Sold (part) | 07/27/18 | M | F | |
| 11. -Alphabet C | | None | L | T | Sold (part) | 04/12/18 | J | C | |
| 12. | | | | T | Sold (part) | 07/24/18 | J | D | |
| 13. | | | | T | Sold (part) | 07/27/18 | L | F | |
| 14. -Berkshire Hathaway Inc. CL - B New | | None | M | T | | | | | |
| 15. -Cisco Systems | A | Dividend | K | T | | | | | |
| 16. -EBay | | None | J | T | Sold (part) | 04/12/18 | J | C | |
| 17. | | | | T | Sold (part) | 07/27/18 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Healthcare Sector SPDR ETF - X | B | Dividend | M | T | Buy | 07/31/18 | M | | |
| 19. | | | | | Buy | 09/19/18 | J | | |
| 20. -Interdigital | B | Dividend | L | T | Sold (part) | 03/01/18 | J | D | |
| 21. | | | | T | Sold (part) | 04/12/18 | J | D | |
| 22. -JP Morgan Chase | A | Dividend | J | T | | | | | |
| 23. -Merck | A | Dividend | K | T | | | | | |
| 24. -Microsoft - X | A | Dividend | K | T | Buy | 09/19/18 | K | | |
| 25. -PayPal | | None | L | T | Sold (part) | 07/27/18 | L | E | |
| 26. -Pfizer | A | Dividend | J | T | | | | | |
| 27. -Putnam Short Duration Income-X | A | Dividend | L | T | Buy | 08/15/18 | M | | |
| 28. | | | | T | Sold (part) | 09/18/18 | K | | |
| 29. -Utilities Sector SPDR ETF-X | A | Dividend | L | T | Buy | 07/31/18 | L | | |
| 30. | | | | T | Buy | 09/19/18 | J | | |
| 31. -Wells Fargo | A | Dividend | J | T | Sold (part) | 03/16/18 | J | | |
| 32. -Morgan Stanley Smith Barney PM IRA Account | | | | | | | | | |
| 33. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 34. Black Rock Equity Div-Y | A | Dividend | | T | Sold | 04/17/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Investco Developing Mkts | | None | | | Sold | 04/12/18 | J | A | |
| 36. -MFS Value | A | Dividend | | | Sold | 04/12/18 | J | A | |
| 37. -Royce Total Return | A | Dividend | | | Sold | 04/12/18 | J | | |
| 38. -Morgan Stanley Smith Barney IRA Account | | | | | | | | | |
| 39. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 40. -DIA | A | Dividend | K | T | | | | | |
| 41. -First Trust Europe | A | Dividend | J | T | | | | | |
| 42. -IWD - iS R 1000 Value | A | Dividend | J | T | | | | | |
| 43. -IWF - iS R 1000 Growth | A | Dividend | J | T | | | | | |
| 44. -SPY- SPDR S&P 500 | A | Dividend | J | T | | | | | |
| 45. -WDTI - WT MGD Futures | | None | J | T | | | | | |
| 46. -Morgan Stanley SMith Barney IRA | | | | | | | | | |
| 47. -Citibank NA So. Dakota Bank Deposit Program | B | Interest | P1 | T | Buy (add'l) | 11/13/18 | P1 | | |
| 48. -DTE Energy | A | Dividend | J | T | | | | | |
| 49. -EBay | | None | J | T | | | | | |
| 50. -PayPay | | None | K | T | | | | | |
| 51. -QQQ - NASDAQ 100 ETF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Morgan Stanley Smith Barney Broerage Account | | | | | | | | | |
| 53. -Citibank NA So. Dakota Bank Deposit Program | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Horn, Marian B. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

**I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.**

**I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.**

**Signature: s/ Marian B. Horn**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544